■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY L. SIMON, Appellant. [643 NYS2d 371] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered September 7, 1994, convicting him of robbery in the first degree (two counts), robbery in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The court did not improvidently exercise its discretion in sentencing the defendant as a persistent felony offender (*see,* Penal Law § 70.10 [1] [a]). Moreover, the sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Rosenblatt, J. P., Miller, Pizzuto and Goldstein, JJ., concur.